**DISMISS and Opinion Filed April 6, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00182-CV

**MARION BRIAN RAMON AND MBR & ASSOCIATES, INC., Appellants**
**V.**
**NOWAK & STAUCH, LLP, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06227-C**

## MEMORANDUM OPINION

Before Justices Myers, Evans, and Brown
Opinion by Justice Evans

Before the Court is the appellants' unopposed motion to dismiss the appeal. We grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/ David Evans/
DAVID EVANS
JUSTICE

150182F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARION BRIAN RAMON AND MBR & ASSOCIATES, INC., Appellants

No. 05-15-00182-CV     V.

NOWAK & STAUCH, LLP, Appellee

On Appeal from the 68th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-13-06227-C.
Opinion delivered by Justice Evans.
Justices Myers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee NOWAK & STAUCH, LLP recover its costs of this appeal from appellants MARION BRIAN RAMON and MBR & ASSOCIATES, INC..

Judgment entered this 6th day of April, 2015.